UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| John Smith,<br><br>          Plaintiff,<br>  v.<br><br>NCO Financial Systems, Inc.,<br><br>          Defendant. | **Civil Action No.:  09-cv-00933** |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

     Plaintiff, John Smith, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: July 13, 2009
       Stamford, CT

                                                   Respectfully submitted,

                                                   By:__/s/ Sergei Lemberg__
                                                       Sergei Lemberg (SL 6331)
                                                       Lemberg & Associates, L.L.C.
                                                       1100 Summer Street, 3rd Floor
                                                       Stamford, CT 06905
                                                       Telephone: (203) 653-2250
                                                       Facsimile: (877) 795-3666

## **CERTIFICATE OF SERVICE**

   I hereby certify that on July 13, 2009, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

**Thomas M. Murtha**
Maher & Murtha
528 Clinton Ave., PO Box 901
Bridgeport , CT 06601
203-367-2700
Fax: 203-335-0589
Email: tmurtha@maherandmurtha.com


**Walter A. Shalvoy , Jr.**
Maher & Murtha
528 Clinton Ave., PO Box 901
Bridgeport , CT 06601
203-367-2700
Fax: 203-335-0589
Email: wshalvoy@maherandmurtha.com


               By:__/s/ Sergei Lemberg__
                 Sergei Lemberg